UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COURTNEY MCCREE, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ECHO COMMUNITY HEALTH CARE, )<br>INC., )<br>)<br>Defendants. ) | 3:13-v-00209-RLY-WGH |

**FINAL JUDGMENT**

In accordance with the court's grant of Defendant's Motion for Summary Judgment, the court enters final judgment in favor of Defendant and against the Plaintiff.

**SO ORDERED** this 13th day of April 2015.

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

_____
By: Deputy Clerk

Distributed Electronically to Registered Counsel of Record.